# United States Court of Appeals
## For the First Circuit

Nos. 11-1505; 11-1575

CARMEN LLERENA DIAZ

Plaintiff - Appellee

v.

JITEN HOTEL MANAGEMENT, INC.

Defendant – Appellant

---

**MANDATE**

Entered: March 2, 2012

In accordance with the judgment of February 7, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Evan Fray-Witzer
Lynn A. Leonard
Ryan C. Siden